# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

Robert Bosch Tool Corporation

                              Plaintiff,

v.                                                   Case No.: 1:06–cv–04746

                                                         Honorable James B. Zagel

Black & Decker Inc., et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, September 21, 2007:

      MINUTE entry before Judge James B. Zagel :Status hearing held on 9/21/2007. Motion to stay [24] is granted in part and denied in part. Parties to proceed with phased discovery. Status hearing set for 1/8/2008 at 10:00 AM.Mailed notice(drw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.